**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 483 MAL 2016

               Respondent    :

                               :    Petition for Allowance of Appeal from

                               :    the Order of the Superior Court

           v.    :

                               :

                               :

JOHN ROBERT MCCOOL,    :

                               :

              Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.